In the Matter of LIZZETTE MORALES, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted October 11, 2016; decided October 27, 2016

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.